✎JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** Quincy

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number   21-MJ-XXXX
Search Warrant Case Number   23-MJ-6243-6244-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name   Stephen M. Marsden   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Quincy, MA

Birth date (Yr only): 1981   SSN (last 4#): ___   Sex: ___   Race: ___   Nationality: ___

Defense Counsel if known: Scott Gediman, Esq.   Address: Gediman & Gediman PC
Bar Number: N/A                                   512 Broadway, Everett, Massachusetts 02149

**U.S. Attorney Information**

AUSA: K. Nathaniel Yeager   Bar Number if applicable: 630992

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** May 26, 2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Norfolk Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/20/23   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Stephen M. Marsden

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 or more grams of cocaine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) | PWID 500 or more grams of cocaine | 2 |
| Set 3 | 18 U.S.C. § 924(c)(1)(A)) | Poss. of Firearm in Furtherance of Drug Trafficking | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[ ]

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

≋JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. II    Investigating Agency  DEA

City    Worcester and Quincy         **Related Case Information:**
County  Worcester and Norfolk        Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant  X        New Defendant _____
                                     Magistrate Judge Case Number   21-MJ-XXXX
                                     Search Warrant Case Number     23-MJ-6243-6244-MPK
                                     R 20/R 40 from District of _____

                                     Is this case related to an existing criminal action pursuant to Rule      ☐ Yes  ☑ No
                                     40.1(h)? If yes, case number _____

**Defendant Information:**

Defendant Name   EVANS J. KLIMAVICH                                             Juvenile:  ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Worcester, MA

Birth date (Yr only): 1981    SSN (last 4#): _____    Sex: M    Race: W    Nationality: _____

Defense Counsel if known:   Paul V. Kelly, Esq.       Address:  Jackson & Lewis

Bar Number:  N/A                                               75 Park Plaza, 4th Floor, Boston, MA 02116

**U.S. Attorney Information**

AUSA:  K. Nathaniel Yeager                      Bar Number if applicable:  630992

**Interpreter:**    ☐ Yes   ☑ No       List language and/or dialect: _____

**Victims:**       ☐ Yes   ☑ No       If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  State Court      on _____

**Charging Document:**    ☐ Complaint        ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor          ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:  10/26/23          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Evans J. Klimavich

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 or more grams of cocaine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) | PWID 500 or more grams of cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013